IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY CHUDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 08-1103-AC |
| v. ) | |
| ) | O R D E R |
| TRANSUNION INTERACTIVE, INC., a ) | |
| foreign corporation, and TRANSUNION ) | |
| LLC, a foreign limited liability company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Steve D. Larson
    Joshua L. Ross
    Stoll Stoll Berne Lokting & Shlachter PC
    209 SW Oak Street, Fifth Floor
    Portland, Oregon  97204

    Michael C. Baxter
    Justin M. Baxter
    Baxter & Baxter, LLP
    8835 SW Canyon Lane, Suite 130
    Portland, Oregon  97225

        Attorneys for Plaintiff

      Robert E. Maloney, Jr.
      Lane Powell PC
      601 SW Second Avenue, Suite 2100
      Portland, Oregon  97204-3158

      Michael O' Neil
      Paula D. Friedman
      DLA Piper LLP (US)
      203 North LaSalle Street, Suite 1900
      Chicago, IL  60601

           Attorneys for Defendants

KING, Judge:

      The Honorable John Acosta, United States Magistrate Judge, filed Findings and Recommendation on April 13, 2009.  Plaintiff filed timely objections to the Findings and Recommendation.

      When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Acosta.

      This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta dated April 13, 2009 in its entirety.


///


///

Page 2 - ORDER

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or Transfer for Improper Venue (#15) is GRANTED.  The action will be transferred to the District of Delaware.

DATED this    5th    day of June, 2009.

                                            /s/ Garr M. King  
                                                    GARR M. KING  
                                             United States District Judge